Scott H. Zwillinger (SBN 019645)
Laura A. Freeman (SBN 021331)
**ZWILLINGER GEORGELOS & GREEK** PC
2425 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
(602) 224-7888
(602) 224-7889 (Fax)
E-mail: docket@zgglawgroup.com

Attorneys for Defendants Dennis
     Wilenchik and Becky Bartness

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL LACEY; JIM LARKIN; and PHOENIX NEW TIMES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF JOSEPH ARPAIO and AVA ARPAIO, husband and wife; MARICOPA COUNTY SHERIFF'S OFFICE; DENNIS WILENCHIK and BECKY BARTNESS, husband and wife; ANDREW THOMAS and ANN THOMAS, husband and wife; AND MARICOPA COUNTY ATTORNEY'S OFFICE; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS I-V; and WHITE PARTNERSHIPS I-V,<br><br>Defendants. | No. _____<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 AND 28 U.S.C. § 1441(b)**<br><br>**(Federal Question Jurisdiction)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Dennis Wilenchik and Becky Bartness (collectively "Wilenchik") submit this Notice of Removal pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b). Removal is proper because Plaintiffs Michael

1

Lacey, Jim Larkin, and Phoenix New Times, LLC are seeking relief pursuant to the United States Constitution and Federal laws including but not limited to relief under 18 U.S.C. § 1961 and 42 U.S.C. § 1983, *et seq.*

    1.    Plaintiffs filed their Complaint on or about April 29, 2008 in the civil matter styled MICHAEL LACEY; JIM LARKIN; and PHOENIX NEW TIMES, LLC, Plaintiffs, v. SHERIFF JOSEPH ARPAIO and AVA ARPAIO, husband and wife; MARICOPA COUNTY SHERIFF'S OFFICE; DENNIS WILENCHIK and BECKY BARTNESS, husband and wife; ANDREW THOMAS and ANN THOMAS, husband and wife; AND MARICOPA COUNTY ATTORNEY'S OFFICE; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS I-V; and WHITE PARTNERSHIPS I-V, case number CV2008-009808, which is pending in the Maricopa County Superior Court, a state court in the District of Arizona.

    2.    In compliance with LRCiv. 3.7, copies of all state court filings in this matter are attached collectively as Exhibit A, which consists of the following: Complaint; Plaintiff's Certificate of Compulsory Arbitration; Summonses upon and Acceptance and Waiver of Service on behalf of Dennis Wilenchik and Becky Bartness; and Summons upon and Affidavit of Service for each of Sheriff Joseph Arpaio, Ava Arpaio, Maricopa County Sheriff's Office, Andrew Thomas, Ann Thomas, and Maricopa County Attorney's Office. No other process, pleadings, papers, or orders have been served upon Wilenchik.

    3.    All parties have been served in this action. Further, the proper parties to this action all consent to the removal of this action, as indicated in their respective Notices of Consent to Removal filed this same date. Despite Plaintiffs' allegations, however, the Maricopa County Sheriff's Office ("MCSO") and the Maricopa County Attorney's Office ("MCAO") are non-jural entities that can neither sue nor be sued, and that can neither provide nor withhold consent to removal. However, without waiving any argument to demonstrate that they are non-jural entities, and only to the extent that consent is necessary for the removal of this action, said consent to the removal of this

1 action is provided in the alternative. Said consent in the alternative does not constitute an appearance in this matter or an admission of any sort that the MCSO and MCAO are proper parties or jural entities in this or any other matter.

4. In this case Plaintiffs allege that Defendants, individually and together by an alleged conspiracy, violated federal statute 42 U.S.C. § 1983, *et seq.*, by wrongfully interfering with Plaintiffs' right to free speech and free press under the United States Constitution, and violated 18 U.S.C. § 1961, *et seq.*, and seek damages and attorneys' fees under 42 U.S.C. § 1988 and 18 U.S.C. § 1964(c).

5. As Plaintiffs are seeking relief under the United States Constitution and pursuant to federal law, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and it may be removed to the United States District Court pursuant to the provisions of 28 U.S.C. §1441(b).

6. Defendants have timely filed this Notice in accordance with 28 U.S.C. §1446(b).

7. A copy of this Notice has been filed with the Clerk of the Superior Court in and for Maricopa County pursuant to LRCiv 3.7.

WHEREFORE, Wilenchik prays that this case be removed from the Superior Court of Arizona in and for Maricopa County to the United States District Court for the District of Arizona and that all further proceedings in Superior Court be stayed.

RESPECTFULLY SUBMITTED this 28th day of May, 2008.

**ZWILLINGER GEORGELOS & GREEK** PC

By:   s/ Scott H. Zwillinger
Scott H. Zwillinger
Laura A. Freeman
2425 E. Camelback Rd., Ste 600
Phoenix, Arizona 85016
Attorneys for Defendants Dennis Wilenchik and Becky Bartness

Case 2:08-cv-00997-SRB   Document 1   Filed 05/28/08   Page 4 of 5

| | |
|---|---|
| 1 | ORIGINAL filed electronically, and COPIES mailed this 28th day of May, 2008, to: |
| 2 | |
| 3 | |
| 4 | Michael Manning<br>Leslie O'Hara |
| 5 | John White |
| 6 | Stinson Morrison Hecker LLP<br>1850 N. Central Ave., Suite 2100 |
| 7 | Phoenix, AZ  85004-4584 |
| 8 | Attorneys for Plaintiffs |
| 9 | William R. Jones, Jr. |
| 10 | Joseph J. Popolizio<br>Jones Skelton & Hochuli PLC |
| 11 | 2901 N Central Suite 800 |
| 12 | Phoenix, AZ 85012-2703<br>Attorneys for Defendants Sheriff |
| 13 | Joseph Arpaio and Ava Arpaio |
| 14 | |
| 15 | Timothy J. Casey<br>Schmitt Schneck Smyth & Herrod PC |
| 16 | 1221 E Osborn Rd Suite 105<br>Phoenix, AZ 85014-5540 |
| 17 | Attorneys for Defendants Andrew Thomas and Ann Thomas |
| 18 | |
| 19 | s/ Carol E. Merritt |
| 20 | ::ODMA\PCDOCS\ZGLAWDM\986538\2 |

4

# VERIFICATION

Scott H. Zwillinger, upon his oath, states the following:

I am the attorney representing Dennis Wilenchik and Becky Bartness in the matter of *Lacey, et al., v. Arpaio, et al.*

I verify that the documents attached as Exhibit A to this Notice of Removal of Action Under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b) are true and complete copies of said documents, and that to the best of my knowledge they collectively constitute all pleadings and other documents filed in this matter.

Executed this 28th day of May, 2008.

By: _____
Scott H. Zwillinger