MICHAEL K. JEANES, CLERK
RECEIVED CCC #6
DOCUMENT DEPOSITORY

08 APR 30 PM 4: 09

FILED BY: J. RODRIGUEZ

1 | Michael C. Manning (#016255)
Leslie E. O'Hara (#005923)
2 | John T. White (#022091)
STINSON MORRISON HECKER LLP
3 | 1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
4 | (602) 279-1600
Fax: (602) 240-6925
5 | Email: mmanning@stinson.com
Attorneys for Plaintiffs

ORIGINAL

6

7 | **SUPERIOR COURT OF ARIZONA**

8 | **MARICOPA COUNTY**

9 | MICHAEL LACEY; JIM LARKIN; and       No.      CV2008 - 009868
PHOENIX NEW TIMES, LLC,

10

11 |                                                **SUMMONS**

12 |                 Plaintiffs,

13 | v.

|                                              IF YOU WANT THE ADVICE OF A
13 | SHERIFF JOSEPH ARPAIO and AVA      LAWYER, YOU MAY WISH TO CONTACT
ARPAIO, husband and wife;                THE LAWYER REFERRAL SERVICE AT
14 | MARICOPA COUNTY SHERIFF'S              602-257-4434 OR ON-LINE AT
OFFICE; DENNIS WILENCHIK and       WWW.LAWYERFINDERS.ORG. LRS IS
15 | BECKY BARTNESS, husband and wife;  SPONSORED BY THE MARICOPA
ANDREW THOMAS and ANN               COUNTY BAR ASSOCIATION
16 | THOMAS, husband and wife; and
MARICOPA COUNTY ATTORNEY'S
17 | OFFICE; JOHN DOES I-X; JANE DOES
I-X; BLACK CORPORATIONS I-V; and
18 | WHITE PARTNERSHIPS, I-V,

19 |                 Defendants.

20

21 | THE STATE OF ARIZONA TO THE DEFENDANT:

22 |    **SHERIFF JOSEPH ARPAIO**

23 |        YOU ARE HEREBY SUMMONED and required to appear and defend within the
time applicable in this action in this Court. If served within Arizona, you shall appear and
24 | defend within 20 days after the service of the Summons and Complaint upon you, exclusive
of the day of service. If served out of the State of Arizona -- whether by direct service, by

DB04/811373.0002/425768.1

registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. R.C.P. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. R.C.P. 10(I); A.R.S. § 12-311; R.C.P. 5.

The names and address of plaintiff's attorneys are:

Michael C. Manning
Leslie E. O'Hara
John T. White
STINSON MORRISON HECKER LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

APR 2 9 2008

SIGNED AND SEALED this date:

MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____
Deputy Clerk

2

DB04/811373.0002/425768.1

**R & R MESSENGERS and**
**PROCESS SERVERS**
P.O. Box 6692
Phoenix, AZ 85005
Telephone (602) 252-5735
Fax (602) 340-9700
Email: rrmessengers1@qwest.net

MICHAEL K. JEANES, CLERK
RECEIVED CCC #6
DOCUMENT DEPOSITORY

FILED BY: 08 APR 30  PH 4: 09
          R. RODRIGUEZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### COUNTY OF MARICOPA

| | | |
|---|---|---|
| MICHAEL LACEY, et al., | Plaintiff(s ), | CASE NO:  CV2008-009808 |
| vs. | | |
| SHERIFF JOSEPH ARPAIO, et ux., et al., | Defendant(s ). | CERTIFICATE OF SERVICE OF PROCESS BY PRIVATE PERSON |

The undersigned declares under penalty of perjury: That I am qualified pursuant to ARCP 4(d), 4(e) and 45(d), to service process in this action.  That on 04/30/08, I received: Summons, Complaint, Certificate of Compulsory Arbitration from Michael C. Manning (#016255) of Stinson Morrision Hecker

| | |
|---|---|
| Service Upon: | **Sheriff Joseph Arpaio** |
| Manner of Service: | **Mike Broyles, Legal Liaison, in person, who is authorized to accept service** |
| Location of Service: | **100 West Washington, 19th Floor, Phoenix, AZ 85003** |
| Date of Service: | **April 30, 2008** |
| Time of Service: | **10:25 a.m.** |

I declare under penalty of perjury that the foregoing is true and correct.

Sylvestra Reyes (Maricopa County, #4802)

Executed on : April 30, 2008

Invoice #57319

| | | |
|---|---|---|
| Service | $ | 16.00 |
| Miles (m) | | 16.00 |
| Miles | | |
| Expedite | | 25.00 |
| Doc/Prep | | 8.00 |
| TOTAL | $ | 65.00 |

MICHAEL K. JEANES, CLERK
RECEIVED CCC #6
DOCUMENT DEPOSITORY

08 APR 30 PH 4: 09

FILED BY: _B. RODRIGUEZ_

1 | Michael C. Manning (#016255)
Leslie E. O'Hara (#005923)
2 | John T. White (#022091)
STINSON MORRISON HECKER LLP
3 | 1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
4 | (602) 279-1600
Fax: (602) 240-6925
5 | Email: mmanning@stinson.com
Attorneys for Plaintiffs
6

ORIGINAL

7 | **SUPERIOR COURT OF ARIZONA**

8 | **MARICOPA COUNTY**

9 | MICHAEL LACEY; JIM LARKIN; and
PHOENIX NEW TIMES, LLC,

No.    CV2008-009808

10

11 |                                              **SUMMONS**

            Plaintiffs,
12 | v.

13 | SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife;
14 | MARICOPA COUNTY SHERIFF'S
OFFICE; DENNIS WILENCHIK and
15 | BECKY BARTNESS, husband and wife;
ANDREW THOMAS and ANN
16 | THOMAS, husband and wife; and
MARICOPA COUNTY ATTORNEY'S
17 | OFFICE; JOHN DOES I-X; JANE DOES
I-X; BLACK CORPORATIONS I-V; and
18 | WHITE PARTNERSHIPS, I-V,

19 |          Defendants.

IF YOU WANT THE ADVICE OF A
LAWYER, YOU MAY WISH TO CONTACT
THE LAWYER REFERRAL SERVICE AT
602-257-4434 OR ON-LINE AT
WWW.LAWYERFINDERS.ORG. LRS IS
SPONSORED BY THE MARICOPA
COUNTY BAR ASSOCIATION

20

21 | THE STATE OF ARIZONA TO THE DEFENDANT:

22 |     **AVA ARPAIO**

23 |     YOU ARE HEREBY SUMMONED and required to appear and defend within the
time applicable in this action in this Court. If served within Arizona, you shall appear and
24 | defend within 20 days after the service of the Summons and Complaint upon you, exclusive
of the day of service. If served out of the State of Arizona -- whether by direct service, by

DB04/811373.0002/425798.1

registered or certified mail, or by publication -- you shall appear and defend within 30 days
after the service of the Summons and Complaint upon you is complete, exclusive of the day
of service. Where process is served upon the Arizona Director of Insurance as an insurer's
attorney to receive service of legal process against it in this state, the insurer shall not be
required to appear, answer or plead until expiration of 40 days after date of such service
upon the Director. Service by registered or certified mail without the State of Arizona is
complete 30 days after the date of filing the receipt and affidavit of service with the Court.
Service by publication is complete 30 days after the date of first publication. Direct service
is complete when made. Service upon the Arizona Motor Vehicle Superintendent is
complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's
Return. R.C.P. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend
within the time applicable, judgment by default may be rendered against you for the relief
demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for
persons with disabilities must be made to the division assigned to the case by parties at least 3
judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer
or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
fee, within the time required, and you are required to serve a copy of any Answer or response
upon the Plaintiff's attorney. R.C.P. 10(I); A.R.S. § 12-311; R.C.P. 5.

The names and address of plaintiff's attorneys are:

Michael C. Manning
Leslie E. O'Hara
John T. White
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

APR **2 9** 2008

SIGNED AND SEALED this date:

MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____
Deputy Clerk

2

DB04/811373.0002/425798.1

**R & R MESSENGERS and
PROCESS SERVERS**
P.O. Box 6692
Phoenix, AZ 85005
Telephone (602) 252-5735
Fax (602) 340-9700
Email: rrmessengers1@qwest.net

.MICHAEL K. JEANES, CLERK
RECEIVED CCC #6
DOCUMENT DEPOSITORY

08 APR 30  PH 4: 09

FILED BY:  A. RODRIGUEZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### COUNTY OF MARICOPA

| | | |
|---|---|---|
| MICHAEL LACEY, et al., | Plaintiff(s ), | CASE NO: CV2008-009808 |
| vs. | | |
| SHERIFF JOSEPH ARPAIO, et ux., et al., | Defendant(s ). | CERTIFICATE OF SERVICE OF PROCESS BY PRIVATE PERSON |

The undersigned declares under penalty of perjury: That I am qualified pursuant to ARCP 4(d), 4(e) and 45(d), to service process in this action. That on 04/30/08, I received: Summons, Complaint, Certificate of Compulsory Arbitration from Michael C. Manning (#016255) of Stinson Morrison Hecker

| | |
|---|---|
| Service Upon: | **Ava Arpaio** |
| Manner of Service: | **Mike Broyles, Legal Liaison, in person, who is authorized to accept service** |
| Location of Service: | **100 West Washington, 19th Floor, Phoenix, AZ 85003** |
| Date of Service: | **April 30, 2008** |
| Time of Service: | **10:25 a.m.** |

I declare under penalty of perjury that the foregoing is true and correct.

Sylvestra Reyes (Maricopa County, #4802)

Executed on : April 30, 2008

Invoice #57319

| | | |
|---|---|---|
| Service | $ | 16.00 |
| Miles | | |
| Miles | | |
| Expedite | | |
| Doc/Prep | | 8.00 |
| TOTAL | $ | 24.00 |

MICHAEL K. JEANES, CLERK
RECEIVED CCC #6
DOCUMENT DEPOSITORY

08 APR 30  PH 4: 09

FILED BY: D. RODRIGUEZ

1 | Michael C. Manning (#016255)
Leslie E. O'Hara (#005923)
2 | John T. White (#022091)
STINSON MORRISON HECKER LLP
3 | 1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
4 | (602) 279-1600
Fax: (602) 240-6925
5 | Email: mmanning@stinson.com
Attorneys for Plaintiffs
6 |

**ORIGINAL**

7 | **SUPERIOR COURT OF ARIZONA**

8 | **MARICOPA COUNTY**

9 | MICHAEL LACEY; JIM LARKIN; and    No.    CV2008-009808
PHOENIX NEW TIMES, LLC,
10 |

11 |                                          **SUMMONS**
                Plaintiffs,
12 | v.

13 | SHERIFF JOSEPH ARPAIO and AVA    IF YOU WANT THE ADVICE OF A
ARPAIO, husband and wife;        LAWYER, YOU MAY WISH TO CONTACT
14 | MARICOPA COUNTY SHERIFF'S        THE LAWYER REFERRAL SERVICE AT
OFFICE; DENNIS WILENCHIK and     602-257-4434 OR ON-LINE AT
15 | BECKY BARTNESS, husband and wife; WWW.LAWYERFINDERS.ORG. LRS IS
ANDREW THOMAS and ANN            SPONSORED BY THE MARICOPA
16 | THOMAS, husband and wife; and    COUNTY BAR ASSOCIATION
MARICOPA COUNTY ATTORNEY'S
17 | OFFICE; JOHN DOES I-X; JANE DOES
I-X; BLACK CORPORATIONS I-V; and
18 | WHITE PARTNERSHIPS, I-V,

19 |                Defendants.

20 |

21 | THE STATE OF ARIZONA TO THE DEFENDANT:

22 | **MARICOPA COUNTY SHERIFF'S OFFICE**

23 |      YOU ARE HEREBY SUMMONED and required to appear and defend within the
time applicable in this action in this Court. If served within Arizona, you shall appear and
24 | defend within 20 days after the service of the Summons and Complaint upon you, exclusive
of the day of service. If served out of the State of Arizona -- whether by direct service, by

DB04/811373.0002/425804.1

registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. R.C.P. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. R.C.P. 10(I); A.R.S. § 12-311; R.C.P. 5.

The names and address of plaintiff's attorneys are:

Michael C. Manning
Leslie E. O'Hara
John T. White
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

APR 2 9 2008

SIGNED AND SEALED this date:

MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____

Deputy Clerk

2

DB04/811373.0002/425804.1

R & R MESSENGERS and
PROCESS SERVERS
P.O. Box 6692
Phoenix, AZ 85005
Telephone (602) 252-5735
Fax (602) 340-9700
Email: rrmessengers1@qwest.net

MICHAEL K. JEANES, CLERK
RECEIVED CCC #6
DOCUMENT DEPOSITORY

08 APR 30  PH 4: 09

FILED BY: __A. RODRIGUEZ__

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

COUNTY OF MARICOPA

| MICHAEL LACEY, et al., | | |
|---|---|---|
| | Plaintiff(s ), | CASE NO: CV2008-009808 |
| vs. | | |
| SHERIFF JOSEPH ARPAIO, et ux., et al., | Defendant(s ). | CERTIFICATE OF SERVICE OF PROCESS BY PRIVATE PERSON |

The undersigned declares under penalty of perjury: That I am qualified pursuant to ARCP 4(d), 4(e) and 45(d), to service process in this action. That on 04/30/08, I received: Summons, Complaint, Certificate of Compulsory Arbitration from Michael C. Manning (#016255) of Stinson Morrision Hecker

| | |
|---|---|
| Service Upon: | **Maricopa County Sheriff's Office** |
| Manner of Service: | **Mike Broyles, Legal Liaison, in person, who is authorized to accept service** |
| Location of Service: | **100 West Washington, 19th Floor, Phoenix, AZ 85003** |
| Date of Service: | **April 30, 2008** |
| Time of Service: | **10:25 a.m.** |

I declare under penalty of perjury that the foregoing is true and correct.

Sylvestra Reyes (Maricopa County, #4802)

Executed on : April 30, 2008

Invoice #57319

| | | |
|---|---|---|
| Service | $ | 16.00 |
| Miles | | |
| Miles | | |
| Expedite | | |
| Doc/Prep | | 8.00 |
| TOTAL | $ | 24.00 |

MICHAEL K. JEANES, CLERK
RECEIVED CCC #6
DOCUMENT DEPOSITORY

08 APR 30 PM 4: 09

FILED BY: B. RODRIGUEZ

1  Michael C. Manning (#016255)
   Leslie E. O'Hara (#005923)
2  John T. White (#022091)
   STINSON MORRISON HECKER LLP
3  1850 North Central Avenue, Suite 2100
   Phoenix, Arizona 85004-4584
4  (602) 279-1600
   Fax: (602) 240-6925
5  Email: mmanning@stinson.com
   Attorneys for Plaintiffs
6

ORIGINAL

7                 SUPERIOR COURT OF ARIZONA

8                       MARICOPA COUNTY

9  MICHAEL LACEY; JIM LARKIN; and        No.   CV2008-009808
   PHOENIX NEW TIMES, LLC,
10

11                                       SUMMONS
                Plaintiffs,
12 v.

13 SHERIFF JOSEPH ARPAIO and AVA         IF YOU WANT THE ADVICE OF A
   ARPAIO, husband and wife;             LAWYER, YOU MAY WISH TO CONTACT
14 MARICOPA COUNTY SHERIFF'S             THE LAWYER REFERRAL SERVICE AT
   OFFICE; DENNIS WILENCHIK and          602-257-4434 OR ON-LINE AT
15 BECKY BARTNESS, husband and wife;     WWW.LAWYERFINDERS.ORG. LRS IS
   ANDREW THOMAS and ANN                 SPONSORED BY THE MARICOPA
16 THOMAS, husband and wife; and         COUNTY BAR ASSOCIATION
   MARICOPA COUNTY ATTORNEY'S
17 OFFICE; JOHN DOES I-X; JANE DOES
   I-X; BLACK CORPORATIONS I-V; and
18 WHITE PARTNERSHIPS, I-V,

19              Defendants.

20

21 THE STATE OF ARIZONA TO THE DEFENDANT:

22    **ANDREW THOMAS**

23       YOU ARE HEREBY SUMMONED and required to appear and defend within the
   time applicable in this action in this Court. If served within Arizona, you shall appear and
24 defend within 20 days after the service of the Summons and Complaint upon you, exclusive
   of the day of service. If served out of the State of Arizona -- whether by direct service, by

DB04/811373.0002/425836.1

registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. R.C.P. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. R.C.P. 10(I); A.R.S. § 12-311; R.C.P. 5.

The names and address of plaintiff's attorneys are:

Michael C. Manning
Leslie E. O'Hara
John T. White
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

APR 2 9 2008

SIGNED AND SEALED this date:

MICHAEL K. JEANES, CLERK
Clerk of the Superior Court

By: _____
Deputy Clerk

2

DB04/811373.0002/425836.1

R & R MESSENGERS and
PROCESS SERVERS
P.O. Box 6692
Phoenix, AZ 85005
Telephone (602) 252-5735
Fax (602) 340-9700
Email: rrmessengers1@qwest.net

MICHAEL K. JEANES, CLERK
RECEIVED CCC #6
DOCUMENT DEPOSITORY

08 APR 30 PH 4: 09

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## COUNTY OF MARICOPA

FILED BY: J. RODRIGUEZ

| MICHAEL LACEY, et al., | Plaintiff(s ), | CASE NO: CV2008-009808 |
|---|---|---|
| vs. | | |
| SHERIFF JOSEPH ARPAIO, et ux., et al., | Defendant(s ). | CERTIFICATE OF SERVICE OF PROCESS BY PRIVATE PERSON |

The undersigned declares under penalty of perjury: That I am qualified pursuant to ARCP 4(d), 4(e) and 45(d), to service process in this action. That on 04/30/08, I received: Summons, Complaint, Certificate of Compulsory Arbitration from Michael C. Manning (#016255) of Stinson Morrison Hecker

| | |
|---|---|
| Service Upon: | **Andrew Thomas** |
| Manner of Service: | Ira Williams, Detective/Investigations Division, in person, who is authorized to accept service |
| Location of Service: | 301 West Jefferson, Ste. 800, Phoenix, AZ 85003 |
| Date of Service: | April 30, 2008 |
| Time of Service: | 10:40 a.m. |

I declare under penalty of perjury that the foregoing is true and correct.

Sylvestra Reyes (Maricopa County, #4802)

Executed on : April 30, 2008

Invoice #57319

| | | |
|---|---|---|
| Service | $ | 16.00 |
| Miles (m) | | 16.00 |
| Miles | | |
| Expedite | | |
| Doc/Prep | | 8.00 |
| TOTAL | $ | 65.00 |

MICHAEL K. JEANES, CLERK
RECEIVED CCC #6
DOCUMENT DEPOSITORY

08 APR 30 PM 4: 09

FILED BY: _B. RODRIGUEZ

1 | Michael C. Manning (#016255)
Leslie E. O'Hara (#005923)
2 | John T. White (#022091)
STINSON MORRISON HECKER LLP
3 | 1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
4 | (602) 279-1600
Fax: (602) 240-6925
5 | Email: mmanning@stinson.com
Attorneys for Plaintiffs
6

**ORIGINAL**

7 |                    SUPERIOR COURT OF ARIZONA

8 |                         MARICOPA COUNTY

9 | MICHAEL LACEY; JIM LARKIN; and        No.
PHOENIX NEW TIMES, LLC,
10 |                                       CV2008-009808

11 |                                       SUMMONS
                  Plaintiffs,
12 | v.

13 | SHERIFF JOSEPH ARPAIO and AVA
ARPAIO, husband and wife;
14 | MARICOPA COUNTY SHERIFF'S           IF YOU WANT THE ADVICE OF A
OFFICE; DENNIS WILENCHIK and         LAWYER, YOU MAY WISH TO CONTACT
15 | BECKY BARTNESS, husband and wife;   THE LAWYER REFERRAL SERVICE AT
ANDREW THOMAS and ANN                602-257-4434 OR ON-LINE AT
16 | THOMAS, husband and wife; and       WWW.LAWYERFINDERS.ORG. LRS IS
MARICOPA COUNTY ATTORNEY'S            SPONSORED BY THE MARICOPA
17 | OFFICE; JOHN DOES I-X; JANE DOES      COUNTY BAR ASSOCIATION
I-X; BLACK CORPORATIONS I-V; and
18 | WHITE PARTNERSHIPS, I-V,

19 |                  Defendants.

20

21 | THE STATE OF ARIZONA TO THE DEFENDANT:

22 |    **ANN THOMAS**

23 |    YOU ARE HEREBY SUMMONED and required to appear and defend within the
time applicable in this action in this Court. If served within Arizona, you shall appear and
24 | defend within 20 days after the service of the Summons and Complaint upon you, exclusive
of the day of service. If served out of the State of Arizona -- whether by direct service, by

DB04/811373.0002/425841.1

registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. R.C.P. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. R.C.P. 10(I); A.R.S. § 12-311; R.C.P. 5.

The names and address of plaintiff's attorneys are:

Michael C. Manning
Leslie E. O'Hara
John T. White
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

APR 2 9 2008

SIGNED AND SEALED this date:

MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____
     Deputy Clerk

2

DB04/811373.0002/425841.1

:

**R & R MESSENGERS and
PROCESS SERVERS**
P.O. Box 6692
Phoenix, AZ 85005
Telephone (602) 252-5735
Fax (602) 340-9700
Email: rrmessengers1@qwest.net

MICHAEL K. JEAHES, CLERK   ¹
RECEIVED CCC #6
DOCUMENT DEPOSITORY

08 APR 30  PM 4: 08
FILED BY: D. RODRIGUEZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### COUNTY OF MARICOPA

| | | |
|---|---|---|
| MICHAEL LACEY, et al., | | CASE NO: CV2008-009808 |
| | Plaintiff(s ), | |
| vs. | | CERTIFICATE OF SERVICE OF |
| SHERIFF JOSEPH ARPAIO, et ux., et al., | Defendant(s ). | PROCESS BY PRIVATE PERSON |

The undersigned declares under penalty of perjury: That I am qualified pursuant to ARCP 4(d), 4(e) and 45(d), to service process in this action. That on 04/30/08, I received: Summons, Complaint, Certificate of Compulsory Arbitration from Michael C. Manning (#016255) of Stinson Morrison Hecker

| | |
|---|---|
| Service Upon: | **Ann Thomas** |
| Manner of Service: | **Ira Williams, Detective/Investigations Division, in person, who is authorized to accept service** |
| Location of Service: | **301 West Jefferson, Ste. 800, Phoenix, AZ 85003** |
| Date of Service: | **April 30, 2008** |
| Time of Service: | **10:40 a.m.** |

I declare under penalty of perjury that the foregoing is true and correct.

Sylvestra Reyes (Maricopa County, #4802)

Executed on : April 30, 2008

Invoice #57319

| | | |
|---|---|---|
| Service | $ | 16.00 |
| Miles | | |
| Miles | | |
| Expedite | | |
| Doc/Prep | | 8.00 |
| TOTAL | $ | 24.00 |

MICHAEL K. JEANES. CLERK,
RECEIVED CCC #6
DOCUMENT DEPOSITORY

08 APR 30 PM 4: 08

FILED BY: D. RODRIGUEZ

1  Michael C. Manning (#016255)
   Leslie E. O'Hara (#005923)
2  John T. White (#022091)
   STINSON MORRISON HECKER LLP
3  1850 North Central Avenue, Suite 2100
   Phoenix, Arizona 85004-4584
4  (602) 279-1600
   Fax: (602) 240-6925
5  Email: mmanning@stinson.com
   Attorneys for Plaintiffs
6

ORIGINAL

7              SUPERIOR COURT OF ARIZONA

8              MARICOPA COUNTY   CV 2008 - 009808

9  MICHAEL LACEY; JIM LARKIN; and          No.
   PHOENIX NEW TIMES, LLC,
10

11              Plaintiffs,                 SUMMONS

12  v.

13  SHERIFF JOSEPH ARPAIO and AVA          IF YOU WANT THE ADVICE OF A
    ARPAIO, husband and wife;          LAWYER, YOU MAY WISH TO CONTACT
14  MARICOPA COUNTY SHERIFF'S          THE LAWYER REFERRAL SERVICE AT
    OFFICE; DENNIS WILENCHIK and          602-257-4434 OR ON-LINE AT
15  BECKY BARTNESS, husband and wife;          WWW.LAWYERFINDERS.ORG. LRS IS
    ANDREW THOMAS and ANN          SPONSORED BY THE MARICOPA
16  THOMAS, husband and wife; and          COUNTY BAR ASSOCIATION
    MARICOPA COUNTY ATTORNEY'S
17  OFFICE; JOHN DOES I-X; JANE DOES
    I-X; BLACK CORPORATIONS I-V; and
18  WHITE PARTNERSHIPS, I-V,

19              Defendants.

20

21  THE STATE OF ARIZONA TO THE DEFENDANT:

22    **MARICOPA COUNTY ATTORNEY'S OFFICE**

23        YOU ARE HEREBY SUMMONED and required to appear and defend within the
    time applicable in this action in this Court. If served within Arizona, you shall appear and
24  defend within 20 days after the service of the Summons and Complaint upon you, exclusive
    of the day of service. If served out of the State of Arizona -- whether by direct service, by
    DB04/811373.0002/425854.1

registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. R.C.P. 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE HEREBY NOTIFIED that requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. R.C.P. 10(l); A.R.S. § 12-311; R.C.P. 5.

The names and address of plaintiff's attorneys are:

Michael C. Manning
Leslie E. O'Hara
John T. White
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004

APR 2 9 2008

SIGNED AND SEALED this date:

MICHAEL K. JEANES, CLERK

Clerk of the Superior Court

By: _____
      Deputy Clerk

2

DB04/811373 0002/425854.1

R & R MESSENGERS and
PROCESS SERVERS
P.O. Box 6692
Phoenix, AZ 85005
Telephone (602) 252-5735
Fax (602) 340-9700
Email: rrmessengers1@qwest.net

MICHAEL K. JEANES, CLERK
RECEIVED CCC #6
DOCUMENT DEPOSITORY

. 08 APR 30 PH 4: 08 . .

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### COUNTY OF MARICOPA

FILED BY: O. RODRIGUEZ

| | | |
|---|---|---|
| MICHAEL LACEY, et al., | | |
| | Plaintiff(s ), | CASE NO: CV2008-009808 |
| vs. | | |
| SHERIFF JOSEPH ARPAIO, et ux., et al., | | CERTIFICATE OF SERVICE OF |
| | Defendant(s ). | PROCESS BY PRIVATE PERSON |

The undersigned declares under penalty of perjury: That I am qualified pursuant to ARCP 4(d), 4(e) and 45(d), to service process in this action. That on 04/30/08, I received: Summons, Complaint, Certificate of Compulsory Arbitration from Michael C. Manning (#016255) of Stinson Morrison Hecker

| | |
|---|---|
| Service Upon: | **Maricopa County Attorney's Office** |
| Manner of Service: | **Ira Williams, Detective/Investigations Division, in person, who is authorized to accept service** |
| Location of Service: | **301 West Jefferson, Ste. 800, Phoenix, AZ 85003** |
| Date of Service: | **April 30, 2008** |
| Time of Service: | **10:40 a.m.** |

I declare under penalty of perjury that the foregoing is true and correct.

Sylvestra Reyes (Maricopa County, #4802)

Executed on : April 30, 2008

Invoice #57319

| | | |
|---|---|---|
| Service | $ | 16.00 |
| Miles | | |
| Miles | | |
| Expedite | | |
| Doc/Prep | | 8.00 |
| TOTAL | $ | 24.00 |