William R. Jones, Jr., Bar #001481
John T. Masterson, Bar #007447
Eileen Dennis GilBride, Bar #009220
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-7367
Fax:  (602) 200-7810
wjones@jshfirm.com
jmasterson@jshfirm.com
egilbride@jshfirm.com
minuteentries@jshfirm.com
Attorneys for Defendants Sheriff Joseph Arpaio and Ava Arpaio

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Lacey;  Jim Larkin; and Phoenix New Times, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>Maricopa County;  Sheriff Joseph Arpaio, and Ava Arpaio, husband and wife;  Dennis Wilenchik and Becky Bartness, husband and wife; John Does I-X;  Jane Does I-X;  Black Corporations I-V;  and WHITE Partnerships I-V,<br><br>          Defendants. | NO. CV 08-00997-PHX-SRB<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable Susan R. Bolton) |

Pursuant to Rule 40.2(d), Rules of Practice of the United States District Court for the District of Arizona, notice is hereby given that the above-entitled matter has settled between the parties, the parties to bear their own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 23rd day of December, 2013.

JONES, SKELTON & HOCHULI, P.L.C.

By  s/*John T. Masterson*
   William R. Jones, Jr.
   John T. Masterson
   Eileen Dennis GilBride
   2901 North Central Avenue, Suite 800
   Phoenix, Arizona  85012
   Attorneys for Defendants Sheriff Joseph Arpaio and Ava Arpaio

3472254.1
12/23/13

1 | ORIGINAL of the foregoing **e-filed** through ECF this 23rd day of December, 2013, with:

Clerk of Court
United States District Court
Phoenix, AZ 85003

COPY of the foregoing **mailed** this same date to:

Honorable Susan R. Bolton
United States District Court
401 W. Washington SPC 50
Phoenix, AZ 85003

Michael C. Manning, Esq.
Stefan Mark Palys, Esq.
Lawrence J. Wulkan, Esq.
STINSON MORRISON HECKER, LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ  85004-4584
*Attorneys for Plaintiffs*

Timothy J. Casey, Esq.
SCHMITT, SCHNECK, SMYTH CASEY & EVEN, P.C.
1221 E. Osborn Rd., Ste. 105
Phoenix, AZ  85014-5540
*Attorneys for Maricopa County, Bartness and Wilenchik*

s/Gwen Coon